James L. Payne, Bar No. 107021
E-Mail: jlp@paynefears.com
James R. Moss, Jr., Bar No. 196725
E-Mail: jrm@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
Lincoln Military Property Management, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PICKERING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; DOES 1 to 50,<br><br>　　　　Defendants. | Case No. **EDCV 11-00851 VAP (DTBx)**<br><br>(San Bernardino County Superior Court Case No. CIVMS1000760)<br><br>CLASS ACTION<br><br>DECLARATION OF STEVE BROWNE IN SUPPORT OF PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441<br><br>[FEDERAL QUESTION]<br><br>Action Filed: October 7, 2010 |

I, Steve Browne, hereby declare and state as follows:

1. I am currently employed by LPC Pendleton Quantico PM Inc. as a General Manager and Vice President. All of the following facts are within my personal knowledge. I make this declaration in support of the Notice of Removal of the lawsuit filed by Julie Pickering. If called as a witness, I could and would testify competently thereto.

2. LPC Pendleton Quantico PM Inc. operates residential housing on military bases under contract with the United States government, including the Marine Corps Base at Camp Pendleton ("Camp Pendleton"). Julie Pickering was employed by LPC Pendleton Quantico PM Inc. or its predecessor, Lincoln BP Management, Inc. (collectively referred to as "Lincoln"), from January 16, 2006 through September 2, 2010. Throughout that period, as General Manager and Vice President, I was responsible for the Camp Pendleton base, and I indirectly supervised Pickering. I understand that Pickering alleges that while she was employed by Lincoln, she was unable to take her meal and rest breaks, she was not paid overtime wages for overtime hours that she worked, she was not provided itemized wage statements with hours worked, wages, deductions and other data, and that Lincoln failed to record her wages, hours and meal periods.

3. While employed by Lincoln, Pickering worked first as a leasing agent for the Del Mar District, then as a Service Manager at the San Onofre District, again as a leasing agent at

the Del Mar District, and then as a Service Manger at the Del Mar District. In each of these positions, her job was to facilitate housing arrangements for military families stationed at Camp Pendleton, including ensuring that resident units were prepared for moving in and that they were properly maintained, and facilitating transfers to different units or departures from the Base. All of Pickering's work for Lincoln, at the Del Mar District and San Onofre District, was performed on the Camp Pendleton Marine Corps Base, either at the District Offices or in and around the residences of the service members and military families, all of whom lived on the Marine Corps base.

4. Additionally, all actions taken by Lincoln regarding Pickering's employment, including providing Pickering with meal and rest periods, and decisions regarding payment of Pickering's wages including overtime pay, which was reflected in Pickering's wage statements, were made by Lincoln employees on the Camp Pendleton Marine Corps Base, including myself and Lincoln employees who reported to me.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Oceanside, California on June 1, 2011.

_____
Steve Browne

4829-6255-9497, v. 2

## PROOF OF SERVICE

Pickering v. Lincoln Military Property Management, Inc.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On June 1, 2011, I served the following document(s) described as **DECLARATION OF STEVE BROWNE IN SUPPORT OF PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C §§ 1331 AND 1441** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Juan M. Armenta<br>Attorney at Law<br>English Lloyd & Armenta<br>41750 Rancho Las Palmas Drive<br>Building G<br>Rancho Mirage, CA  92270 | Attorneys For Plaintiff<br>JULIE PICKERING<br>Tel:  (760) 340-2777<br>Fax: (760) 340-6895 |

[X]  **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 1, 2011, at Irvine, California.

_____
GINA M. SQUITIERI

4842-3166-4649.1