PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PICKERING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; DOES 1 to 50,<br><br>　　　　Defendants. | Case No. EDCV11-851 VAP (DTBx)<br>Judge Virginia A. Phillips<br><br>San Bernardino County Superior Court Case No. CIVMS1000760<br><br>**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE TO NOVEMBER 7, 2011**<br><br>**[STIPULATION FILED CONCURRENTLY HEREWITH]** |

## ORDER

After consideration of the parties' Notice of Settlement and Request For Continuance of Settlement Conference (Upon Stipulation), and good cause appearing, **IT IS ORDERED THAT** the Status Conference currently scheduled for September 26, 2011, is continued to November 7, 2011.

DATED:_____, 2011

　　　　　　　　　　　　　　　　　　THE HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

Pickering v. Lincoln Military Property Management, Inc.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On September 23, 2011, I served the following document(s) described as:

**1    NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE (UPON STIPULATION; AND**

**2    [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE TO NOVEMBER 7, 2011.**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Juan M. Armenta<br>Attorney at Law<br>English Lloyd & Armenta<br>41750 Rancho Las Palmas Drive<br>Building G<br>Rancho Mirage, CA  92270 | Attorneys For<br>Plaintiff JULIE<br>PICKERING<br>Tel:  (760) 340-2777<br>Fax: (760) 340-6895 |

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 23, 2011, at Irvine, California.

                                        JENNIFER HOKE

4842-3166-4649.1

PROOF OF SERVICE