# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PICKERING,<br><br>  Plaintiff,<br><br>  v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; DOES 1 to 50,<br><br>  Defendants. | Case No. EDCV11-851 VAP (DTBx)<br>Judge Virginia A. Phillips<br><br>San Bernardino County Superior Court Case No. CIVMS1000760<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[STIPULATION FILED CONCURRENTLY HEREWITH]** |

1           Pursuant to Stipulation between the parties and FOR
2  GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief
3  in the above-captioned action brought by Plaintiff JULIE
4  PICKERING against Defendant LPC PENDLETON QUANTICO PM INC.,
5  erroneously named as LINCOLN PROPERTY COMPANY and as LINCOLN
6  MILITARY PROPERTY MANAGEMENT, INC., are dismissed in their
7  entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side
8  to bear their own fees and costs herein.
9
10           SO ORDERED.
11
12  Dated: _____, 2011     _____
                                  Hon. Virginia A. Phillips, Judge
13                                United States District Court
14
15  RESPECTFULLY SUBMITTED:
16  James L. Payne, Bar No. 107021
    E-Mail:  jlp@paynefears.com
17  James R. Moss, Jr., Bar No. 196725
    E-Mail:  jrm@paynefears.com
18  PAYNE & FEARS LLP
    4 Park Plaza, Suite 1100
19  Irvine, CA  92614
    Telephone: (949) 851-1100
20  Facsimile:  (949) 851-1212
21  Attorneys for Defendant
    LPC PENDLETON QUANTICO PM INC.,
22  erroneously named as LINCOLN PROPERTY COMPANY and as
    LINCOLN MILITARY PROPERTY MANAGEMENT, INC.
23
24
25
26
27
    4832-3225-2685.1
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28