**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PICKERING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT, INC.; DOES 1 to 50,<br><br>　　　　Defendants. | Case No. EDCV11-851 VAP (DTBx)<br>Judge Virginia A. Phillips<br><br>San Bernardino County Superior Court Case No. CIVMS1000760<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[STIPULATION FILED CONCURRENTLY HEREWITH]** |

1    Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiff JULIE PICKERING against Defendant LPC PENDLETON QUANTICO PM INC., erroneously named as LINCOLN PROPERTY COMPANY and as LINCOLN MILITARY PROPERTY MANAGEMENT, INC., are dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear their own fees and costs herein.

SO ORDERED.

Dated: December 19_, 2011

_____
Hon. Virginia A. Phillips, Judge
United States District Court

RESPECTFULLY SUBMITTED:

James L. Payne, Bar No. 107021
E-Mail: jlp@paynefears.com
James R. Moss, Jr., Bar No. 196725
E-Mail: jrm@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
LPC PENDLETON QUANTICO PM INC.,
erroneously named as LINCOLN PROPERTY COMPANY and as
LINCOLN MILITARY PROPERTY MANAGEMENT, INC.

4832-3225-2685.1